

FILED

JUN 2 0 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

William Sharp                                    # 3517237

_____                    _____

_____                    _____

_____                    _____

_____                    _____

*(Enter above the full name of the plaintiff*          *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**

**CIVIL ACTION NO.**    2:18-cv-01057
*(Number to be assigned by Court)*

CO Vincens

S.C.R.J.A

David Farmer

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

I.  **Previous Lawsuits**

A.  Have you begun other lawsuits in state or federal court dealing with the same
    facts involved in this action or otherwise relating to your imprisonment?

    Yes _____          No __✓__

1

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.    Parties to this previous lawsuit:

Plaintiffs:    _____

_____

_____

Defendants:   _____

_____

_____

2.    Court (if federal court, name the district; if state court, name the county);

_____

_____

3.    Docket Number:    _____

4.    Name of judge to whom case was assigned:

_____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

_____

6.    Approximate date of filing lawsuit: _____

7.    Approximate date of disposition: _____

2

**II.**    **Place of Present Confinement:** South Centre Regional Jail

    **A.**    Is there a prisoner grievance procedure in this institution?

                    Yes ✓          No _____

    **B.**    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

                    Yes ✓          No _____

    **C.**    If you answer is YES:

        1.    What steps did you take? Talked to C.O.S and staff and grievance

        2.    What was the result? No avail

    **D.**    If your answer is NO, explain why not: _____

**III.**    **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    **A.**    Name of Plaintiff: William C Sharp    # 3517237

        Address: 1001 centre way Charleston WV 25309

    **B.**    Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant: _____C O_____

is employed as: ___Correctional     officer___

at _South    Central    Regional    Jail_

D.   Additional defendants: _David    farmer_

_____

_____

_____

_____

## IV.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

CO Vincens was tacking my friend to blood sugger and to Cort Rope that he locked the tall fagot down in his room

IV.    Statement of Claim (continued):

_____

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

CO Vinces    should   be   disciplend
Im   seeking   financial   restitution
for   my   mental   distress

5

V.    **Relief (continued)):**

_____

_____

_____

_____

_____

VII.   **Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

                Yes _____        No __✓__

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _Im incarcerated and in need of legal aide_

    C.    Have you previously had a lawyer representing you in a civil action in this court?

                Yes _____        No __✓__

If so, state the lawyer's name and address:

_____

_____

Signed this __14TH__ day of ___June___, 20__18__.

_____

_____

_____

*William C Sip*
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/14/18__.
                (Date)

*William C Shuef*
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7